AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

TYLER M. HARRIS, BY GUARDIAN,
KATRINA MUNNERLYN,
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

CASE NO. C2-07-643
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the ORDER filed September 24, 2008, JUDGMENT is hereby entered DISMISSING this action.

Date: September 24, 2008            JAMES BONINI, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk